24mj23

Rec'dDOJ-SX 09 06'24 PM04:59

**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, John H. Whitworth, a Special Agent of the Federal Bureau of Investigation (FBI), San Juan Division, Saint Croix Resident Agency, being duly sworn, hereby deposes and states that I am a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since April 2011. I am currently assigned to the San Juan Division of the FBI, Saint Croix Resident Agency in Saint Croix, United States Virgin Islands. In my current assignment I investigate a wide range of matters, including violent crimes such as extortion and firearm offenses. I have received training in conducting criminal investigations and I have consulted with my colleagues who have multiple years of experience investigating a wide range of federal crimes.

2. I have personally participated in this investigation and the information in this affidavit has been learned either through personal knowledge or by discussion with other law enforcement personnel familiar with the facts of this case. Additionally, I reviewed surveillance footage from the Henry E. Rohlsen Airport on St. Croix.

3. This Affidavit is made in support of a criminal complaint charging Jamoi Weekes with violation of Title 18, United States Code 115(a)(1)(B) & (b)(4) – threats to murder federal law enforcement officers with intent to impede, intimidate, or interfere with such officers. Because of this Affidavit's limited purpose of establishing probable cause, it does not contain all of the

facts known to Affiant or other law enforcement officers about the investigation, but only those necessary to sustain a probable cause determination.

***FACTS IN SUPPORT OF PROBABLE CAUSE***

4. On August 31, 2024, at approximately 5:16 p.m., Jamoi Weekes (hereinafter Weekes) arrived at the Henry E. Rohlsen Airport on St. Croix, in the District of the Virgin Islands, to board a Silver Airlines flight to San Juan, Puerto Rico. Weekes was traveling with his girlfriend.

5. After checking in for his flight, Weekes proceeded to the CBP primary inspection area at the airport, at which time Weekes encountered Customs and Border Patrol (CBP) Officer #1 at the airport's primary CBP inspection site. CBP Officer #1 referred Weekes for a secondary inspection. CBP Officer #1 walked Weekes and his girlfriend in the direction of secondary inspection. Weekes and CBP Officer #1 entered the inspection room, while Weekes' girlfriend waited outside the door.

6. Weekes' referral to a secondary inspection was part of the standard operating process for CBP because CBP became aware that of a domestic protective order that had been filed against Weekes. Consequently, CBP required a secondary inspection to ensure Weekes was not traveling with the individual who had filed the protective order against Weekes. Additionally, Weekes required an agricultural inspection because he admitted to traveling with tobacco.

7. CBP Officer #1 informed Weekes that he must report to the agricultural inspection and fill out a Customs Declaration Form. Weekes left his bags with the CBP Agricultural Officer, CBP Officer #2. CBP Officer #3 was in the secondary inspection room and also interacted with Weekes.

8. Weekes questioned why he had to fill out the form and told CBP Officer #1 and CBP Officer #3 that he had a small amount of tobacco but that should not stop him from traveling.

Weekes also asked if the CBP had a warrant for his arrest. Weekes' demeanor quickly grew angry and agitated. Weekes said: "Ayo mothascunt should tell me right now!" Weekes also said: "All I'm trying to do is travel with my bitch to Puerto Rico!" CBP Officers #1 and #2 again told Weekes to fill out the Customs Declaration Form so he could proceed to his flight. Weekes continued to express anger and agitation, raising his voice, screaming at CBP Officers #1 and #3, and angrily gesturing with his arms and hands in a threatening manner.

9. Upon hearing the commotion, a Supervisory CBP Officer, referred to herein after as CBP Officer #4, entered the room. Another CBP Officer was also present in the secondary room during a portion of the interactions, CBP Officer #5.

10. Weekes, while continuing to fulminate, told the CBP Officers that he had been charged with a gun crime on St. Croix four years ago.

11. Weekes then told the CBP Officers that the CBP Officers should wait until Weekes sees them on the streets. At that time Weekes ripped up the Customs Declaration Form and said "I aint' signing shit!" Weekes also said: "I goin' kill ayo!" Weekes also said: "If I ever see ayo out deh ayo going see!"

12. Because Weekes continued to belligerently scream at the CBP Officers, they determined that it would not be safe to allow Weekes to board his flight, and they asked him to leave the airport. Weekes continued to shout: "This is why my generation don't like law enforcement, I comin' back Wednesday and ayo goin' see!"

13. CBP Officers requested assistance of the Virgin Islands Port Authority (VIPA) Officers, who responded to the scene. Upon encountering VIPA Officer #1, Weekes said he (VIPA Officer #1) was going to die and that he (Weekes) was going to kill all police.

14. VIPA Officers left Weekes in the vicinity of the terminal, near the American Airlines counter. Weekes sat on a bench for a period of time.

15. At approximately 6:00 p.m., CBP Officers # 1, #2, #3, #4 and #5 left the terminal as their shift had ended. They observed Weekes sitting on a bench near the American Airlines check-in counter. As the five CBP Officers walked from the terminal to the parking lot, Weekes followed them into the parking, continuing to threaten them. Weekes challenged CBP Officer #5 to a fight. The CBP Officers did not respond to Weekes' taunts, however, the CPB Officers observed Weekes attempting to determine the make and model of their personal vehicles in the airport parking lot. Weekes commented to CBP Officer #1: "nice Jeep".

16. In order to ascertain Weekes' whereabouts, Affiant reviewed surveillance footage from the St. Croix airport that was taken on August 31, 2024. In the footage, Affiant observed a silver Jetta sedan with USVI plate CIG-555 pick-up Weekes from the airport. USVI plate CIG-555 is registered to an individual your Affiant believes is Weeks' mother. On September 5, 2024, Affiant observed CIG-555 parked in front of [redacted] St. Croix USVI. Affiant learned that Weeks was observed at [redacted]e on September 2, 2024 by an officer of the Virgin Islands Police Department (VIPD).

17. On September 6, 2024, Affiant traveled to the address listed on Weeks' driver's license, which is [redacted]. This location is an apartment complex which appears to be under construction.

Respectfully Submitted

John H. Whitworth
Special Agent
Federal Bureau of Investigation (FBI)

Electronically Sworn To and Subscribed Before Me
On this, the 6 Day of September, 2024

The Honorable Alan Teague
United States Magistrate Judge
District of Virgin Islands